■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENRIQUE HERNANDEZ, Appellant.—Judgment insofar as it imposes sentence modified, as a matter of discretion, in the interest of justice to reduce the minimum term to four years and otherwise judgment affirmed. All concur; Goldman, J., not participating.. Memorandum: Defendant was sentenced to imprisonment for life with a minimum term of eight and one-third years (the maximum sentence permitted) for conviction of an A-III felony (Penal Law, § 70.00, subd 3, par [a], cl [iii]). In view of the lack of prior convictions, and the leniency of the sentence imposed on the codefendant who was convicted of the same offense (life imprisonment with a minimum term of one year— the minimum sentence permitted), defendant's sentence should be reduced in the exercise of discretion to an indeterminate sentence of life imprisonment with a minimum period of four years (CPL 470.15, subd 2, par [c]). (Appeal from judgment of Monroe County Court—criminal sale controlled substance, third degree.) Present—Simons, J. P., Hancock, Jr., Denman, Goldman and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD LEE MACK, Appellant.—Judgment unanimously modified in accordance with memorandum and, as modified, affirmed. Memorandum: As the District Attorney commendably acknowledged, Trial Term erred in denying defendant's request for a charge that the jury could find defendant guilty of criminal trespass as a lesser included crime of burglary, third degree *(People v Henderson,* 41 NY2d 233; *People v Long,* 40 AD2d 984). Defendant's conviction of burglary, third degree, therefore, must be reversed and a new trial granted on that count. Defendant's confession of possession of the weapon was sufficiently corroborated (see *People v Spillman,* 309 NY 295; *People v Lo Turco,* 256 App Div 1098, affd 280 NY 844); and so the judgment is otherwise affirmed. (Appeal from judgment of Monroe Supreme Court— burglary, third degree.) Present—Simons, J. P., Hancock, Jr., Denman, Goldman and Witmer, JJ.